

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Jamie Lee Bledsoe, Appellant

No. 06-14-00138-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0374X). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the portion of the judgment assessing punishment and remand to the trial court for a new punishment hearing; we modify the judgment to reflect the correct degree of the offense as a state jail felony; and the judgment, as modified, is affirmed.

We note that the appellant, Jamie Lee Bledsoe, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk